UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

RETI TELIVISIVE ITALIANE S.p.A.,

                Plaintiff,

                v.                            Case No. 1:23-cv-05488-ER

VIMEO.COM INC., f/k/a VIMEO LLC

                Defendant.

_____

### STIPULATION REGARDING SUBSTITUTION OF PROPER DEFENDANT

**WHEREAS,** Plaintiff Reti Televisive Italiane S.p.A. ("RTI") filed a complaint before the Supreme Court of the State of New York, County of New York against Vimeo Inc. on June 1, 2023 for recognition and enforcement of a foreign country money judgment pursuant to Article 53 of the New York Civil Law and Rules ("CPLR") (the "Original Complaint"); and

**WHEREAS,** Vimeo, Inc. removed the Original Complaint to this Court on June 27, 2023 and filed its answer on July 12, 2023 (the "Answer");

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff and attorneys of record for Defendant in this action, that:

1,      The proper Defendant in this action is

      Vimeo.com Inc.
      330 West 34th Street
      New York, New York 10011

2.      RTI shall promptly file an amended complaint naming Vimeo.com Inc. as the sole Defendant in this case (the "Amended Complaint").

3.      Undersigned counsel agrees to accept service of the Amended Complaint and accompanying summons on behalf of Vimeo.com Inc.

1

1432958.1

4.      Vimeo.com Inc. reserves all rights and defenses with respect to the Amended Complaint, including jurisdiction. Vimeo.com Inc. will file an amended answer or otherwise plead to the Amended Complaint within twenty (20) days of this stipulation.

**DATED:** July 26, 2023.

_____
Yasmine Lahlou
Andreas A. Frischknecht
Lidia H. S. Rezende
**Chaffetz Lindsey LLP**
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. +1 212 257 6960
Fax +1 212 257 6950
www.chaffetzlindsey.com

*Attorneys for Plaintiff*
*Reti Televisive Italiane S.p.A.*


SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: July 27, 2023
New York, New York

DocuSigned by:
Mark A. Cymrot
B5A5D8FDA1464A9...
_____
Mark A. Cymrot
**BakerHostetler LLP**
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: +1 202 861 1677
Fax: +1 202 861 1783
mcymrot@bakerlaw.com

Gerald J. Ferguson
**BakerHostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Tel: +1 212 589 4238
Fax: +1 212 589 4201
gferguson@bakerlaw.com

*Attorneys for Defendant*
*Vimeo.com Inc.*

The Clerk of Court is respectfully directed to terminate the motion, Doc. 13.  SO ORDERED.

1432958.1