**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RETI TELEVISIVE ITALIANE S.p.A.,

                Plaintiffs,

    -against-

VIMEO.COM, INC. f/k/a VIMEO LLC,

                Defendant.

Case No. 1:23-cv-05488-ER

~~PROPOSED~~ ORDER
GRANTING WITHDRAWAL OF
APPEARANCE OF
MARK A. CYMROT

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration of Mark A. Cymrot, of Baker & Hostetler LLP, Mark A. Cymrot is hereby withdrawn as counsel for Defendant Vimeo.com, Inc. f/k/a Vimeo LLC.

**SO ORDERED.**

Edgardo Ramos, U.S.D.J.
Dated:    12/26/23
New York, New York

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

RETI TELEVISIVE ITALIANE S.p.A.,

　　　　　　　　Plaintiffs,

　　-against-

VIMEO.COM, INC. f/k/a VIMEO LLC,

　　　　　　　　Defendant.

Case No. 1:23-cv-05488-ER

**DECLARATION OF**
**MARK A. CYMROT**

　　　　I, Mark A. Cymrot, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.　　　　I am a partner with the law firm of Baker & Hostetler LLP, attorneys for Defendant Vimeo.com, Inc. a/k/a Vimeo LLC ("Vimeo"). I am admitted to practice in this Court and respectfully submit this Declaration in support of the Proposed Order Granting Withdrawal of Appearance of Mark A. Cymrot.

2.　　　　Due to my retirement from the firm, I will no longer be able to represent Defendant Vimeo.

3.　　　　Gerald J. Ferguson, Oren J. Warshavsky, Nahila A. Cortes, and Francesca A. Rogo, all attorneys at Baker & Hostetler LLP, have appeared in this action and will continue to represent Vimeo in this action.

4.　　　　I am not asserting a retaining or charging lien in this action.

Dated: December 22, 2023
　　　　New York, New York

Respectfully submitted,

　_/s/ Mark A. Cymrot_
　BAKER & HOSTETLER LLP
　Mark A. Cymrot