UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RETI TELEVISE ITALIANE S.p.A.<br><br>                      Plaintiff,<br><br>    v.<br><br>VIMEO.COM, INC. f/k/a VIMEO LLC<br><br>                      Defendant. | Case No. 1:23-cv-05488<br><br>**DECLARATION OF<br>LIDIA REZENDE** |

I, Lidia Rezende, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I was an Associate with the law firm of Chaffetz Lindsey LLP, attorneys for Plaintiff Reti Televise Italiane S.p.A. I am admitted to practice in this Court and respectfully submit this Declaration in support of the Proposed Order Granting Withdrawal of Appearance of Lidia Rezende.

2. Due to my departure from the firm, I will no longer be able to represent Plaintiff Reti Televise Italiane S.p.A..

3. Yasmine Lahlou and Andreas Frischknecht are attorneys at Chaffetz Lindsey LLP, have appeared in this action and will continue to represent Plaintiff Reti Televise Italiane S.p.A. in this action.

4. I am not asserting a retaining or charging lien in this action.

Dated: January 3, 2024

                                              By:    /s/ *L. Rezende*
                                                        Lidia Rezende

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RETI TELEVISE ITALIANE S.p.A.<br><br>Plaintiff,<br><br>v.<br><br>VIMEO.COM, INC. f/k/a VIMEO LLC<br><br>Defendant. | Case No. 1:23-cv-05488<br><br>~~PROPOSED~~ **ORDER GRANTING WITHDRAWAL OF APPEARANCE OF LIDIA REZENDE** |

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration of Lidia Rezende, formerly of Chaffetz Lindsey LLP, Lidia Rezende is hereby withdrawn as counsel for Plaintiff *Reti Televise Italiane S.p.A.*

**SO ORDERED.**

_____

Edgardo Ramos, U.S.D.J.
Dated:  1/4/24
New York, New York

2