UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RETI TELEVISIVE ITALIANE S.p.A.,

        Plaintiff,

– against –

VIMEO.COM, INC. f/k/a VIMEO LLC,

        Defendant.

**ORDER**

23-cv-5488 (ER)

RAMOS, D.J.

    The Court is in possession of the parties' joint request for: (1) Vimeo to refile its motion to dismiss (or in the alternative to stay the proceedings) as a motion for summary judgment and (2) modification of the briefing schedule. Doc. 48. The parties' request is GRANTED. Vimeo's motion for summary judgment will be due no later than January 19, 2024. Reti Televisive Italiane S.p.A. ("RTI") will file its combined submission in opposition to Vimeo's motion, and in support of its cross-motion for summary judgment, no later than February 2, 2024. Vimeo will file its reply and opposition to RTI's cross-motion no later than March 15, 2024. RTI will file its reply no later than April 26, 2024. The Clerk of the Court is respectfully directed to terminate the motion, Doc. 36, as moot. It is SO ORDERED.

Dated:    January 11, 2024
             New York, New York

                                            EDGARDO RAMOS, U.S.D.J.