UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RETI TELEVISE ITALIANE S.p.A.<br><br>                    Plaintiff,<br><br>    v.<br><br>VIMEO.COM, INC. f/k/a VIMEO LLC<br><br>                    Defendant. | Case No. 1:23-cv-05488<br><br>**ORDER GRANTING WITHDRAWAL OF APPEARANCE OF LIDIA REZENDE** |

   In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration of Lidia Rezende, formerly of Chaffetz Lindsey LLP, Lidia Rezende is hereby withdrawn as counsel for Plaintiff *Reti Televise Italiane S.p.A.*

**SO ORDERED.**

_____
Edgardo Ramos, U.S.D.J.
Dated: 4/1/2024
New York, New York

2